John J. Talton, Chapter 13 Trustee  Check No. 832076
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 08-90258 | 004-0 | HORACE L. MANHART<br>Original Check written to:<br>NACOGDOCHES CENTRAL<br>APPRAISAL DISTRICT<br>216 W. HOSPITAL<br>NACOGDOCHES, TX  75961 | 9010 | 200.62 | 201.47 | 6.44 | 207.91 |