John J. Talton, Chapter 13 Trustee        Check No. 832101
Pay to: CLERK  Clerk of the Court
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 08-90258 | 006-0 | HORACE L. MANHART | | 84.28 | 110.72 | 0.00 | 110.72 |
| | | Original Check written to: | | | | | |
| | | NACOGDOCHES COUNTY | | | | | |
| | | 100 WEST MAIN NO. 110 | | | | | |
| | | NACOGDOCHES, TX 75961- | | | | | |